# Court of Appeals
# of the State of Georgia

ATLANTA, September 21, 2012

*The Court of Appeals hereby passes the following order*

**A13D0034. EDWARD KRAMER et al v. DRAGON CON/ACE, INC., et al .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2009CV164912



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, September 21, 2012.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*